# UNITED STATES DISTRICT COURT
# FOR THE
# EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>　　　　　Plaintiff<br><br>vs.<br><br>American Express Loan, Inc.<br><br>　　　　　Defendant | CIVIL NO. 19-02325 |

## ORDER

AND NOW, this _4th_ day of _September_, 2019, upon consideration of Plaintiff's Motion to Extend Time to Make Service it is hereby

ORDERED and DECREED that Plaintiff's Motion to Extend Time to Make Service is granted and Plaintiff shall have until October 25, 2019 to make service.

　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　R. BARCLAY SURRICK,    J.