

## IN THE COMMON PLEAS COURT OF PHILADELPHIA COUNTY PENNSYLVANIA

UNITED STATES OF AMERICA; et seq.
Plaintiff (Petitioner)

V.

AMERICAN EXPRESS LOAN, INC., ET AL,
Defendant (Respondent)

CASE and/or DOCKET No.: 19-02325

Sheriff's Sale Date: _____

### AFFIDAVIT OF SERVICE

**TYPE OF PROCESS: SUMMONS AND COMPLAINT**

I, VINCENT ROBINSON, certify that I am eighteen years of age or older and that I am not a party to the action nor an employee nor relative of a party, and that I served AMERICAN EXPRESS LOAN, INC. the above process on the 23 day of October, 2019, at 7:18 o'clock, A M, at 301 BYBERRY RD, APT G11 PHILADELPHIA, PA 19116, County of Philadelphia, Commonwealth of Pennsylvania:

**Manner of Service:**

☑ By posting a copy of the original process on the most public part of the property pursuant to an order of court

Service was attempted on the following dates/times:
1) _____  2) _____  3) _____

Commonwealth/State of _Pennsylvania_
County of _Philadelphia_    ) SS:
                            )

Before me, the undersigned notary public, this day, personally, appeared _Vincent Robinson_ to me known, who being duly sworn according to law, deposes the following:

I hereby swear or affirm that the facts set forth in the foregoing Affidavit of Service are true and correct.

_____
(Signature of Affiant)

File Number: USA-193808
Case ID #: 5664326

Subscribed and sworn to before me
this _24th_ day of _October_, 20_19_.

_Andrea Patterson_
Notary Public

Commonwealth of Pennsylvania - Notary Seal
ANDREA PATTERSON, Notary Public
Philadelphia County
My Commission Expires February 21, 2020
Commission Number 1267599