UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>                             Plaintiff<br><br>vs.<br><br>American Express Loan, Inc.<br><br>                             Defendant(s) | CIVIL NO.  19-02325 |

**CERTIFICATE OF SERVICE**

  I, Rebecca A. Solarz, Esquire, hereby certify that the foregoing Summons and Complaint in Enforced Collection has been served by certified and regular mail, upon the parties listed below on October 28, 2019.

American Express Loan, Inc.
13420 Damar Drive, Unit C
Philadelphia, PA 19116

American Express Loan, Inc.
C/O Arthur Khachaturyan
301 Byberry Rd, Apt G11
Philadelphia, PA 19116

American Express Loan, Inc.
308 Crossroads Dr
Warwick, PA 18974

American Express Loan, Inc.
C/O IGOR F AVAGIMYAN
861 Hendrix St
Philadelphia, PA 19116

              Respectfully submitted,

              KML Law Group, P.C.

              By: _____
              Rebecca A. Solarz, Esquire
              Suite 5000
              701 Market Street
              Philadelphia, PA  19106-1532
              (215) 825-6327