

UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA; et seq.
Plaintiff (Petitioner)
V.
AMERICAN EXPRESS LOAN, INC., ET AL,
Defendant (Respondent)

CASE and/or DOCKET No.: 19-02325

Sheriff's Sale Date: _____

## AFFIDAVIT OF SERVICE

TYPE OF PROCESS: SUMMONS AND COMPLAINT

I, VINCENT ROBINSON, certify that I am eighteen years of age or older and that I am not a party to the action nor an employee nor relative of a party, and that I served AMERICAN EXPRESS LOAN, INC. the above process on the 23 day of October, 2019, at 7:18 o'clock, AM, at 301 BYBERRY RD, APT G11 PHILADELPHIA, PA 19116, County of Philadelphia, Commonwealth of Pennsylvania:

Manner of Service:

[✓]  By posting a copy of the original process on the most public part of the property pursuant to an order of court

Service was attempted on the following dates/times:
1) _____   2) _____   3) _____

Commonwealth/State of _Pennsylvania_ ) SS:
County of _Philadelphia_ )

Before me, the undersigned notary public, this day, personally, appeared _Vincent Robinson_ to me known, who being duly sworn according to law, deposes the following:
I hereby swear or affirm that the facts set forth in the foregoing Affidavit of Service are true and correct.

_____
(Signature of Affiant)

File Number: USA-193808
Case ID #: 5664326

Subscribed and sworn to before me
this _5th_ day of _November_, 20_19_.

_Andrea Patterson_
Notary Public

Commonwealth of Pennsylvania - Notary Seal
ANDREA PATTERSON, Notary Public
Philadelphia County
My Commission Expires February 21, 2020
Commission Number 1267599