UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>　　　　　　　　　　Plaintiff<br><br>v.<br><br>American Express Loan, Inc.,<br>　　　　　　　　　　Defendant | No. 19-02325 |

**ORDER**

AND NOW, this _15th_ day of _January_, 2020, upon consideration of Plaintiff's Motion for Default Judgment, IT IS HEREBY ORDERED that judgment is entered in favor of the Plaintiff, United States of America, on behalf of its Agency, the Department of the Treasury, and against Defendant, American Express Loan, Inc., in the amount of $112,176.18. Judgment is to accrue interest at the current legal rate, compounded annually until paid in full.

　　　　　　　　　　　　　　　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　R. BARCLAY SURRICK, J.